UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN A. THOMAS,<br><br>                Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION; GARY GENSLER, in his official capacity as Chair of the U.S. Securities and Exchange Commission.<br><br>                Defendants. | Civil Action No. 1:21-cv-108 |

## JOINT PROPOSED SCHEDULE

Counsel for Defendants, United States Securities and Exchange Commission ("SEC") and Gary Gensler[1] (collectively, "Defendants"), and counsel for Plaintiff have conferred regarding a joint proposed schedule, and the parties respectfully submit the following schedule by which this matter may proceed:

    1.     Pursuant to Local Civil Rule 7(n), Defendants shall provide Plaintiff with a proposed copy of the certified list of the contents of the administrative record no later than June 30, 2021.  Plaintiff and Defendants will endeavor, in good faith, to come to an agreement on the certified record.  The Defendants will file a certified list of the contents of the administrative record with the Court no later than July 15, 2021.

---

[1] Elad L. Roisman was named in the complaint filed January 19, 2021, as defendant in his official capacity as then-Acting Chair of the SEC.  Allison Herren Lee was designated as the Acting Chair of the SEC on January 21, 2021. Gary Gensler was confirmed by the Senate as Chair of the SEC on April 14, 2021, and sworn in as Chair of the SEC on April 17, 2021.

2. Plaintiff shall file any motions regarding the scope or contents of the administrative record by August 3, 2021. Defendants reserve the right to move to amend the briefing schedule if Plaintiff moves to add to the administrative record, and Plaintiff reserves the right to oppose any such motion to amend the briefing schedule.

3. The parties agree that no Answer need be filed in this case and that this case will be resolved by cross-motions for summary judgment. The parties propose the following schedule for such briefing:

- Plaintiff's opening brief in support of his motion for summary judgment shall be filed no later than August 10, 2021. The opening brief filed by Plaintiff shall not exceed 45 pages.

- Defendants' responding brief in opposition to Plaintiff's motion for summary judgment and in support of Defendants' cross-motion for summary judgment shall be filed no later than September 24, 2021. The responding brief filed by Defendants shall not exceed 45 pages.

- Plaintiff's reply brief in support of their motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment shall be filed no later October 22, 2021. The reply brief filed by Plaintiff shall not exceed 20 pages.  In the unlikely event that Plaintiff's reply introduces new arguments, Defendants may seek leave of the court to file a surreply.

4. The parties' joint appendix of administrative record documents, as required by Local Civil Rule 7(n)(2), shall be filed no later than October 29, 2021.

| | |
|---|---|
| May 19, 2021 | Respectfully Submitted, |

| | |
|---|---|
| /s/ J. Michael Connolly | /s/ Thomas J. Karr |
| J. Michael Connolly | Thomas J. Karr |
| Consovoy McCarthy PLLC | Assistant General Counsel |
| 1600 Wilson Boulevard, Suite 700 | U.S. Securities and Exchange Commission |
| Arlington, VA 22209 | Office of the General Counsel |
| mike@consovoymccarthy.com | 100 F Street NE |
| 703.243.9423 (work) | Mail Stop 9612/SPI |
| | Washington, DC  20549 |
| *Attorney for Plaintiff* | KarrT@sec.gov |
| | 202-551-5163 (phone) |
| | 202-772-9263 (fax) |
| | |
| | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, I caused the foregoing Joint Proposed Schedule to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

    /s/ Thomas J. Karr
Thomas J. Karr
Assistant General Counsel
U.S. Securities and Exchange Commission
Office of the General Counsel
100 F Street NE
Mail Stop 9612/SPI
Washington, DC  20549
KarrT@sec.gov
202-551-5163 (phone)
202-772-9263 (fax)

Attorney for Defendants