# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN A. THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITIES AND EXCHANGE COMMISSION; GARY GENSLER, in his official capacity as Chair of the U.S. Securities and Exchange Commission.<br><br>    Defendants. | Docket No. 1:21-CV-108 |

## DEFENDANTS' CERTIFICATE LISTING AND DESCRIBING THE DOCUMENTS AND OTHER MATERIALS IN THE RECORD ON APPEAL FROM THE FINAL ORDER OF THE SECURITIES AND EXCHANGE COMMISSION

Pursuant to United States District Court for the District of Columbia Local Civil Rule 7(n), the Securities and Exchange Commission ("Commission") certifies that the documents and other materials set forth below comprise the record on the amendments to the Commission's rules regarding its whistleblower program, Whistleblower Program Rules, Release No. 34-89963; File No. S7-16-18, published at 85 F.R. 70898 (Nov. 5, 2020).

## I.     FINAL RULE

| Date | Description |
|------|-------------|
| 1. Sept. 23, 2020 | Whistleblower Program Rules, Release No. 34-89963; File No. S7-16-18, *published at* 85 F.R. 70898 (Nov. 5, 2020), *available at* https://www.federalregister.gov/documents/2020/11/05/2020-21444/whistleblower-program-rules. |
| 2. Sept. 23, 2020 | Press Release No. 2020-219, *available at* https://www.sec.gov/news/press-release/2020-219. |

## II.    PROPOSED RULE

| Date | Description |
|------|-------------|
| 3. Jun. 28, 2018 | Whistleblower Program Rules, Release No. 34-83557; File No. S7-16-18, *published at* 83 F.R. 34702 (July 20, 2018), *available at* https://www.federalregister.gov/documents/2018/07/20/2018-14411/whistleblower-program-rules. |
| 4. Jun. 28, 2018 | Press Release No. 2018-120, *available at* https://www.sec.gov/news/press-release/2018-120. |

### III.   COMMENTS AND MEMORANDA OF MEETINGS WITH SEC OFFICIALS REGARDING THE PROPOSED RULE

|  | Date | Submitted Comments[1] Description |
|---|---|---|
| 5. | Various | Letter Type A[2] |
| 6. | Various | Letter Type B[3] |
| 7. | Various | Letter Type C[4] |
| 8. | Jun. 28, 2018 | Dom Laviola |
| 9. | Jul. 2, 2018 | Chris DiIorio |
| 10. | Jul. 11, 2018 | Julia Malleck |
| 11. | Jul. 11, 2018 | William Moody |
| 12. | Jul. 11, 2018 | T.J. Thompson |
| 13. | Jul. 12, 2018 | Barbara |
| 14. | Jul. 12, 2018 | Gayle Janzen |
| 15. | Jul. 13, 2018 | Peter Sivere |
| 16. | Jul. 14, 2018 | Che Ameer |
| 17. | Jul. 16, 2018 | Clarence N. Daniels |
| 18. | Jul. 17, 2018 | Aaron Greenspan, President, Think |

---

[1] The comments received by the Commission regarding the proposed amendments to the whistleblower rules are available at https://www.sec.gov/comments/s7-16-18/s71618.htm.

[2] The Commission received 1,379 comments from individuals and entities using this Letter Type, or variations thereof.

[3] The Commission received 2,198 comments from individuals and entities using this Letter Type, or variations thereof.

[4] The Commission received 109,702 comments from individuals and entities using this Letter Type, or variations thereof.

Computer Foundation

19. Jul. 18, 2018       Richard Bentley

20. Jul. 18, 2018       Anonymous-92

21. Jul. 18, 2018       Glen Anderson

22. Jul. 20, 2018       Robert Anderson

23. Jul. 24, 2018       Stephen M. Kohn, Stephen M. Kohn, and
Michael D. Kohn, David K. Colapinto, Kohn
Kohn Colapinto, LLP

24. Jul. 25, 2018       Anonymous-89

25. Jul. 28, 2018       Anonymous-88

26. Jul. 29, 2018       G. Johnson

27. Jul. 29, 2018       Samantha Rondinelli

28. Jul. 30, 2018       David Addison

29. Jul. 30, 2018       Carrie Devorah

30. Jul. 31, 2018       Ben Wang

31. Aug. 2, 2018        Chris DiIorio

32. Aug. 9, 2018        Joe Fischer

33. Aug. 9, 2018        Dom L. Laviola, StockShortData.com

34. Aug. 14, 2018       Peter Sivere

35. Aug. 14, 2018       Anonymous-78

36. Aug. 15, 2018       Anonymous-77

37. Aug. 15, 2018       Anonymous-76

38. Aug. 16, 2018       Taylor S. Amarel

4

39. Aug. 16, 2018     Peter Sivere

40. Aug. 17, 2018     Anonymous-73

41. Aug. 17, 2018     Anonymous-72

42. Aug. 20, 2018     Anonymous-71

43. Aug. 20, 2018     Anonymous-70

44. Aug. 20, 2018     Peter Sivere

45. Aug. 21, 2018     Anonymous-68

46. Aug. 21, 2018     Anonymous-67

47. Aug. 21, 2018     Anonymous-66

48. Aug. 21, 2018     Anonymous-65

49. Aug. 21, 2018     Anonymous-64

50. Aug. 21, 2018     Anonymous-63

51. Aug. 21, 2018     Peter Sivere

52. Aug. 22, 2018     Terry Smith

53. Aug. 22, 2018     Mary Braud

54. Aug. 23, 2018     Joe Sanders

55. Aug. 24, 2018     Anonymous-58

56. Aug. 27, 2018     Peter Sivere

57. Aug. 27, 2018     Peter Sivere

58. Sep. 2, 2018     Peter Sivere

59. Sep. 2, 2018     Peter Sivere

60. Sep. 3, 2018     Joe Sanders

61. Sep. 7, 2018         Anonymous-52

62. Sep. 8, 2018         Anonymous-51

63. Sep. 8, 2018         Anonymous-50

64. Sep. 9, 2018         Anonymous-49

65. Sep. 9, 2018         Anonymous-48

66. Sep. 9, 2018         Anonymous-47

67. Sep. 9, 2018         Anonymous-46

68. Sep. 9, 2018         Anonymous-45

69. Sep. 9, 2018         Anonymous-44

70. Sep. 9, 2018         Anonymous-43

71. Sep. 9, 2018         Anonymous-42

72. Sep. 10, 2018       Peter Sivere

73. Sep. 10, 2018       Joe Sanders

74. Sep. 12, 2018       Taylor S. Amarel

75. Sep. 12, 2018       Bill Singer

76. Sep. 14, 2018       Anonymous-37

77. Sep. 14, 2018       Harry Markopolos, Markopolos Research LLC

78. Sep. 14, 2018       Anonymous-35

79. Sep. 15, 2018       Anonymous-34

80. Sep. 14, 2018       Anonymous-33

81. Sep. 14, 2018       Peter Sivere

82. Sep. 14, 2018       Anonymous-31

| | | |
|---|---|---|
| 83. | Sep. 14, 2018 | Atlee W. Wampler, III, Esq. and Richardo A. Banciella, Esq., Wampler Buchanan Walker Chabrow Banciella & Stanley, P.A. |
| 84. | Sep. 15, 2018 | Anonymous-29 |
| 85. | Sep. 15, 2018 | Anonymous-28 |
| 86. | Sep. 15, 2018 | John Doe |
| 87. | Sep. 15, 2018 | Anonymous-26 |
| 88. | Sep. 15, 2018 | Anonymous-25 |
| 89. | Sep. 15, 2018 | Anonymous-24 |
| 90. | Sep. 17, 2018 | Eileen Morrell, Senior Corporate Finance Professional |
| 91. | Sep. 17, 2018 | Jane Turner, Chair of the Whistleblower Leadership Council, and Frederic Whitehurst, chair of the Board, National Whistleblower Center |
| 92. | Sep. 17, 2018 | Richard Jansson |
| 93. | Sep. 17, 2018 | Anonymous-20 |
| 94. | Sep. 17, 2018 | Arthur "Two Sheds" Jackson |
| 95. | Sep. 17, 2018 | Gary L. Azorsky, Cohen Milstein Sellers & Toll PLLC |
| 96. | Sep. 17, 2018 | William A. Jacobson, Clinical Professor of Law, Cornell Law School and Director, Cornell Securities Law Clinic |
| 97. | Sep. 17, 2018 | Harold Johnsen |
| 98. | Sep. 17, 2018 | Linda Massey |
| 99. | Sep. 17, 2018 | Stacy Rauch |

100.  Sep. 17, 2018   James Cunningham

101.  Sep. 17, 2018   Glen Anderson

102.  Sep. 18, 2018   Annie Bell, Pro Bono Weiquan

103.  Sep. 18, 2018   Rae T. Vann, General Counsel, Center for
Workplace Compliance

104.  Sep. 18, 2018   Ira D. Hammerman, Executive Vice President
and General Counsel, SIFMA

105.  Sep. 18, 2018   Dennis Kelleher, President & CEO , and Lev
Bagramian, Senior Securities Policy Advisor,
Better Markets

106.  Sep. 18, 2018   Anonymous-12

107.  Sep. 18, 2018   Charles E. Grassley, Chairman, U.S. Senate
Committee on the Judiciary

108.  Sep. 18, 2018   Tom Quaadman, Executive Vice President,
U.S. Chamber of Commerce, Center for
Capital Markets Competitiveness

109.  Sep. 18, 2018   Anonymous-9

110.  Sep. 18, 2018   Shanna Devine, Public Citizen

111.  Sep. 18, 2018   James H. Kaster, President, National
Employment Lawyers Association

112.  Sep. 18, 2018   Stephen M. Kohn, Executive Director,
National Whistleblower Center

113.  Sep. 18, 2018   Americans for Financial Reform Education
Fund

114.  Sep. 18, 2018   Anonymous-4

115.  Sep. 18, 2018   Robert Patten, President and Chief Executive
Officer, Taxpayers Against Fraud and the

TAF Education Fund

| | | |
|---|---|---|
| 116. | Sep. 18, 2018 | Robert M. Thomas, Jr., and Suzanne E. Durrell, Whistleblower Law Collaborative LLC |
| 117. | Sep. 18, 2018 | David Schwartz |
| 118. | Sep. 18, 2018 | Liam Foster |
| 119. | Sep. 18, 2018 | Anat R. Admati, Faculty Director, Corporations and Society Initiative, and Graham Scott Steele, Director, Corporations and Society Initiative, Stanford University Graduate School of Business |
| 120. | Sep. 19, 2018 | Glenn Marcus |
| 121. | Sep. 27, 2018 | Joe Sanders |
| 122. | Sep. 29, 2018 | Mac Vineyard |
| 123. | Oct. 17, 2018 | Anonymous-121 |
| 124. | Oct. 19, 2018 | Joe Sanders |
| 125. | Oct. 29, 2018 | Anonymous-122 |
| 126. | Oct. 31, 2018 | Anonymous-123 |
| 127. | Nov. 4, 2018 | Anonymous-124 |
| 128. | Nov. 9, 2018 | Taylor S. Amarel |
| 129. | Nov. 16, 2018 | Taylor S. Amarel |
| 130. | Nov. 19, 2018 | Per Krook |
| 131. | Dec. 14, 2018 | Stephen M. Kohn, Executive Director, et al., National Whistleblower Center |
| 132. | Dec. 18, 2018 | Taylor Amarel |

| 133. | Jan. 2, 2019 | Taylor S. Amarel |
| 134. | Jan. 4, 2019 | Anonymous-132 |
| 135. | Jan. 4, 2019 | Anonymous-133 |
| 136. | Feb. 24, 2019 | Terry Davis |
| 137. | May 6, 2019 | Stephen M. Kohn, et al., Kohn, Kohn & Colapinto, LLP |
| 138. | May 28, 2019 | Amanda M. Rose, Professor of Law, Vanderbilt University |
| 139. | Jun. 5, 2019 | Richard Jansson |
| 140. | Aug. 15, 2019 | Sherron Watkins |
| 141. | Aug. 21, 2019 | Susan DeHart |
| 142. | Aug. 21, 2019 | Kathleen Drury |
| 143. | Aug. 29, 2019 | Eileen Morrell |
| 144. | Sep. 5, 2019 | Julia Buck |
| 145. | Sep. 12, 2019 | Stephen M. Kohn, Kohn, Kohn & Colapinto, LLP |
| 146. | Oct. 3, 2019 | Michele Shimizu |
| 147. | Oct. 3, 2019 | John Kostyack, Executive Director, National Whistleblower Center |
| 148. | Oct. 8, 2019 | Stephen M. Kohn, Kohn, et al., Kohn & Colapinto, LLP |
| 149. | Oct. 11, 2019 | Janet Parker |
| 150. | Oct. 11, 2019 | Paul Steffen |
| 151. | Oct. 16, 2019 | Stephen M. Kohn, et al., Kohn, Kohn, and |

10

Colapinto, LLP

| 152. | Oct. 17, 2019 | Commenter Anonymous-9 |
| 153. | Oct. 18, 2019 | John Kostyak, Executive Director, National Whistleblower Center |
| 154. | Oct. 19, 2019 | Edward Main |
| 155. | Oct. 19, 2019 | John Young |
| 156. | Oct. 21, 2019 | Stephen M. Kohn, et al., Kohn, Kohn, and Colapinto, LLP |
| 157. | Oct. 22, 2019 | Anonymous-134 |
| 158. | Oct. 22, 2019 | Anonymous-135 |
| 159. | Oct. 25, 2019 | Sean X. McKessy, Partner, Phillips & Cohen LLP |
| 160. | Oct. 25, 2019 | Scott Latham, CPA |
| 161. | Nov. 16, 2019 | Terry Brown |
| 162. | Nov. 18, 2019 | Anonymous-136 |
| 163. | Nov. 22, 2019 | Stephen M. Kohn, et al., Kohn, Kohn, and Colapinto, LLP |
| 164. | Dec. 10, 2019 | Stephen M. Kohn, et al., Kohn, Kohn & Colapinto, LLP |
| 165. | Dec. 23, 2019 | Stephen M. Kohn, et al., Kohn, Kohn & Colapinto, LLP |
| 166. | Jan. 8, 2020 | Stephen M. Kohn, et al., Kohn, Kohn & Colapinto, LLP |
| 167. | Jan. 16, 2020 | Stephen M. Kohn, et al., Kohn, Kohn & Colapinto, LLP |

11

168. Jun. 25, 2020    Anonymous

169. Aug. 28, 2020    Madhuri Trivedi

170. Sep. 1, 2020    Mark Coates

171. Sep. 1, 2020    Roberta Parrish

172. Sep. 3, 2020    Marian Severt

173. Sep. 3, 2020    Tracey Archer

174. Sep. 8, 2020    Dennis and Susan Kepner

175. Sep. 9, 2020    Terry S. Davis

176. Sep. 10, 2020    Stephen M. Kohn, Michael D. Kohn, David K. Colapinto and Siri E. Nelson, Kohn, Kohn, and Colapinto, LLP

177. Sep. 15, 2020    Hassan Nasori Tehrani, Professor of Economics

178. Sep. 17, 2020    Sherrod Brown, Jack Reed, Elizabeth Warren, Patrick Leahy, Chris Van Hollen and Christopher A. Coons, Members of Congress

179. Sep. 21, 2020    Stephen M. Kohn, Michael D. Kohn, David K. Colapinto and Siri E. Nelson, Kohn, Kohn, and Colapinto, LLP

### Meetings with SEC Officials

| Date | Description |
|------|-------------|
| 180. Dec. 17, 2018 | Memorandum from the Office of the General Counsel regarding a December 12, 2018, meeting with representatives of the National Whistleblower Center, *available at* https://www.sec.gov/comments/s7-16-18/s71618-4798097-176966.pdf. |

181.  Oct. 2, 2019        Memorandum from the Office of
                          Commissioner Allison Herren Lee regarding a
                          September 27, 2019, meeting with Sean
                          McKessy of Phillips & Cohen, *available at*
                          https://www.sec.gov/comments/s7-16-18/s71618-
                          6242115-192729.pdf.

182.  Oct. 8, 2019        Memorandum from the Office of
                          Commissioner Robert Jackson regarding a
                          October 2, 2019 meeting with Jordan Thomas
                          and Sean X. McKessy, *available at*
                          https://www.sec.gov/comments/s7-16-18/s71618-
                          6923740-211326.pdf.

183.  Oct. 9, 2019        Memorandum from the Office of the
                          Chairman regarding an October 8, 2019,
                          meeting with Jordan Thomas and Sean
                          McKessy, *available at*
                          https://www.sec.gov/comments/s7-16-18/s71618-
                          6272629-193207.pdf.

184.  Oct. 9, 2019        Memorandum from the Office of the General
                          Counsel regarding an October 8, 2019,
                          meeting with representatives of Kohn, Kohn
                          and Colapinto and the National
                          Whistleblower Center, *available at*
                          https://www.sec.gov/comments/s7-16-18/s71618-
                          6275971-193228.pdf.

185.  Oct. 11, 2019       Memorandum from the Office of
                          Commissioner Allison Herren Lee regarding
                          an October 10, 2019, meeting with
                          representatives of Kohn, Kohn and Colapinto
                          and the National Whistleblower Center,
                          *available at* https://www.sec.gov/comments/s7-16-
                          18/s71618-6284801-193348.pdf.

186.  Oct. 23, 2019       Memorandum from the Office of the
                          Chairman regarding an October 23, 2019,
                          meeting with Sean McKessy of Phillips &

Cohen, *available at* https://www.sec.gov/comments/s7-16-18/s71618-6330477-194749.pdf.

187. Oct. 23, 2019    Memorandum from the Office of the Chairman regarding an October 23, 2019, meeting with Jordan Thomas of Labaton Sucharow, *available at* https://www.sec.gov/comments/s7-16-18/s71618-6330476-194748.pdf.

188. Oct. 23, 2019    Memorandum from the Office of the Chairman regarding an October 23, 2019, meeting with representatives of Kohn, Kohn, and Colapinto and the National Whistleblower Center, *available at* https://www.sec.gov/comments/s7-16-18/s71618-6330478-194767.pdf.

189. Dec. 9, 2019    Memorandum from the Office of Commissioner Allison Herren Lee regarding a December 2, 2019, meeting with representatives of Public Citizen, *available at* s71618-6521241-200351.pdf (sec.gov).

190. Dec. 11, 2019    Memorandum from the Office of the General Counsel regarding a December 11, 2019, meeting with representatives of Kohn, Kohn & Colapinto, LLP, *available at* https://www.sec.gov/comments/s7-16-18/s71618-6521241-200351.pdf.

191. Dec. 12, 2019    Memorandum from the Office of Commissioner Allison Herren Lee regarding a December 11, 2019, meeting with representatives of Public Citizen, *et al.*, *available at* https://www.sec.gov/comments/s7-16-18/s71618-6533943-200468.pdf.

192. Sep. 8, 2020    Memorandum from the Office of

Commissioner Allison Herren Lee regarding a September 8, 2020 meeting with representatives of Kohn, Kohn and Colapinto and the National Whistleblower Center, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7753745-223175.pdf.

193.   Sep. 8, 2020     Memorandum from the Office of Commissioner Caroline Crenshaw regarding a September 1, 2020, meeting with representatives of the Government Accountability Project, Public Citizen, and Zuckerman Law Firm, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7753763-223203.pdf.

194.   Sep. 9, 2020     Memorandum from the Office of the Chairman regarding a September 9, 2020 meeting with representatives of Kohn, Kohn & Colapinto, LLP, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7773208-223394.pdf.

195.   Sep. 17, 2020    Memorandum from the Office of Commissioner Caroline Crenshaw regarding a September 17, 2020 meeting with representatives of Kohn, Kohn & Colapinto, LLP, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7797943-223591.pdf.

196.   Sep. 18, 2020    Memorandum from the Office of Chairman Jay Clayton regarding a September 18, 2020 meeting with representatives of Kohn, Kohn & Colapinto, LLP, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7797945-223590.pdf.

197.   Sep. 21, 2020    Memorandum from the Office of Commissioner Hester Peirce regarding a

September 18, 2020 meeting with attorneys of Kohn, Kohn & Colapinto, LLP, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7797966-223601.pdf.

198.  Sep. 22, 2020    Memorandum from the Office of Commissioner Allison Herren Lee regarding a September 18, 2020 meeting with representatives from Kohn, Kohn & Colapinto, LLP and the National Whistleblower Center, *available at* https://www.sec.gov/comments/s7-16-18/s71618-7806890-223669.pdf.

## IV.   STATEMENTS OF THE COMMISSIONERS REGARDING WHISTLEBLOWER AMENDMENTS

| Date | Description |
|------|-------------|
| 199.  Jun. 28, 2018 | Commissioner Hester M. Peirce's Statement at Open Meeting on Amendments to the Commission's Whistleblower Program Rules, *available at* SEC.gov | Statement at Open Meeting on Amendments to the Commission's Whistleblower Program Rules. |
| 200.  Jun. 28, 2018 | Commissioner Robert J. Jackson, Jr.'s Statement at Open Meeting on Proposed Rules Regarding SEC Whistleblower Program, *available at* SEC.gov | Statement on Proposed Rules Regarding SEC Whistleblower Program. |
| 201.  Jun. 28, 2018 | Commissioner Kara M. Stein's Statement at Open Meeting on Proposed Amendments to the Commission's Whistleblower Program Rules, *available at* SEC.gov | Statement on Proposed Amendments to the Commission's |

16

Whistleblower Program Rules**.**

202. Jun. 28, 2018   Chairman Jay Clayton's Statement at Open Meeting on Amendments to the Commission's Whistleblower Program Rules, *available at* SEC.gov | Statement at Open Meeting on Amendments to the Commission's Whistleblower Program Rules.

203. Jun. 28, 2018   Commissioner Michael S. Piwowar's Statement at Open Meeting Regarding Amendments to the Commission's Whistleblower Program Rules, *available at* SEC.gov | Statement of Commissioner Piwowar at Open Meeting Regarding Amendments to the Commission's Whistleblower Program Rules.

204. Sep. 23, 2020   Chairman Jay Clayton's Statement on Strengthening our Whistleblower Program, *available at* SEC.gov | Strengthening our Whistleblower Program.

205. Sep. 23, 2020   Commissioner Hester M. Peirce's Statement on Amendments to the Commission's Whistleblower Program Rules, *available at* SEC.gov | Amendments to the Commission's Whistleblower Program Rules.

206. Sep. 23, 2020   Commissioner Elad L. Roisman's Statement on the Commission's New and Improved Whistleblower Program Rules, *available at* SEC.gov | Statement on the Commission's New and Improved Whistleblower Program Rules.

207. Sep. 23, 2020   Commissioner Allison Herren Lee's Statement: June Bug vs. Hurricane: Whistleblowers Fight Tremendous Odds and Deserve Better, *available at* SEC.gov | June Bug vs. Hurricane:* Whistleblowers Fight Tremendous Odds and Deserve Better.

17

208.  Sep. 23, 2020        Commissioner Caroline A. Crenshaw's
                           Statement on Whistleblower Program Rule
                           Amendments, *available at* [SEC.gov | Statement
                           of Commissioner Caroline Crenshaw on
                           Whistleblower Program Rule Amendments](#).

## V.   RECORDINGS OF THE PUBLIC HEARINGS
##      REGARDING THE PROPOSED RULE

| Date | Description |
|------|-------------|
| 209.  Jun. 28, 2018 | SEC Open Meeting, *available at* *https://www.sec.gov/video/webcast-archive-player.shtml?document_id=062818openmeeting*. |
| 210.  Sep. 23, 2020 | SEC Open Meeting, *available at* *https://www.sec.gov/video/webcast-archive-player.shtml?document_id=092320-open-meeting*. |

For the Commission, by its Secretary, pursuant to delegated authority.

/s/ *Eduardo Aleman*
Eduardo Aleman
Deputy Secretary
Office of the Secretary
U.S. Securities and Exchange Commission

Dated: July 13, 2021

18

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, thereby effecting service on counsel for plaintiff Jordan A. Thomas.

/s/ Matthew S. Ferguson
MATTHEW S. FERGUSON
Senior Counsel
Securities and Exchange Commission

Dated: July 13, 2021