# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN A. THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION; GARY GENSLER, in his official capacity as Chair of the U.S. Securities and Exchange Commission. <br><br> Defendants. | Docket No. 1:21-CV-108 |

## JOINT STATUS REPORT

Plaintiff Jordan A. Thomas and Defendants the Securities and Exchange Commission (the "Commission") and Gary Gensler, in his official capacity as Chair of the Commission (the "Chair"), jointly offer this status report advising the Court of the continued necessity of a stay in this matter.

1.  On August 6, 2021, the parties jointly filed a motion to stay these proceedings in light of statements by the Chair and the Commission regarding Commission Rule 21F-3(b)(3), 17 C.F.R. § 240.21F-3(b)(3), promulgated under the Securities Exchange Act of 1934 ("Exchange Act"), and Rule 21F-6, 17 C.F.R. § 240.21F-6, also promulgated under the Exchange Act, the two rules at issue in this matter.

2.      On August 10, 2021, the Court granted the parties' joint motion, ordering the parties "to file a Joint Status Report by 11/8/21 advising the Court on the continuing necessity of the stay in this matter."

3.      Consistent with the Chair's instructions to the staff to recommend potential amendments to Exchange Act Rules 21F-3(b)(3) and 21F-6 (*see* U.S. Securities and Exchange Commission Chair Gary Gensler, Statement in Connection with the SEC's Whistleblower Program (Aug. 2, 2021), available at https://www.sec.gov/news/public-statement/gensler-sec-whistleblower-program-2021-08-02), Commission staff is currently in the process of finalizing a draft Notice of Proposed Rulemaking for the Commission's consideration.

4.      In light of the Chair's and the Commission's statements, the anticipated proposed rulemaking regarding the rules at issue in this case, and in the ongoing interest of economy of time and effort for the Court and for litigants, it is appropriate to continue to stay this action to allow for the resolution of the Commission's rulemaking.

5. The parties therefore jointly propose that the Court continue to stay this action until the earlier of February 8, 2022, or the promulgation of final rule amendments addressing Rule 21F-3(b)(3) and Rule 21F-6. The parties will promptly report to the Court about the status of the rulemaking by February 8, 2022.

Dated:      November 8, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ J. Michael Connolly | /s/ Thomas J. Karr |
| J. Michael Connolly | Thomas J. Karr |
| Consovoy McCarthy PLLC | Assistant General Counsel |
| 1600 Wilson Boulevard, Suite 700 | Securities and Exchange Commission |
| Arlington, VA 22209 | Office of the General Counsel |
| mike@consovoymccarthy.com | 100 F Street NE |
| 703-243-9423 (phone) | Washington, DC  20549 |
| | KarrT@sec.gov |
| *Counsel for Plaintiff* | 202-551-5163 (phone) |
| | 202-772-9263 (fax) |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, thereby effecting service on counsel for plaintiff Jordan A. Thomas.

/s/ Thomas J. Karr
THOMAS J. KARR
Assistant General Counsel
Office of the General Counsel
Securities and Exchange Commission

Dated: November 8, 2021