## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN A. THOMAS,<br><br>　　　　　　　PLAINTIFF,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION, *et al.*,<br><br>　　　　　　　DEFENDANTS. | CIVIL ACTION NO. 1:21-cv-108-CRC |

### NOTICE OF DISMISSAL

Plaintiff, Jordan A. Thomas, hereby voluntarily dismisses his complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 7, 2022

*/s/   J. Michael Connolly*

J. Michael Connolly (DC Bar #995815)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Plaintiff Jordan A. Thomas*

1

2

## CERTIFICATE OF SERVICE

    I electronically filed this document with the Clerk of the Court through the CM/ECF system on September 7, 2022, notifying all attorneys of record.

                                                     /s/ J. Michael Connolly

                                                     J. Michael Connolly